UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Henry G.,

        Petitioner,

v.

Kristi Noem, *in her capacity as Secretary of the United States Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director of the United States Immigration and Customs Enforcement*; Pamela Bondi, *in their official capacity as Attorney General of the United States*; and David Easterwood, *in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*,

        Respondents.

Case No. 26-cv-327 (ECT/LIB)

**ORDER**

On January 15, 2026, Petitioner Henry G. filed a Petition for Writ of Habeas Corpus ("Petition"). *See* ECF No. 2. Henry G. was released from ICE custody on the day the Petition was filed. *See* ECF No. 6 ¶¶ 3–4, 7. In correspondence to the Court, Petitioner's counsel acknowledged that she "do[es] not contest that the matter is now moot." Accordingly, based on all the files, records, and proceedings herein, **IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus [ECF No. 2] is **DISMISSED WITHOUT PREJUDICE AS MOOT.**

Dated: January 18, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court